**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 12, 2015.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-15-00006-CV

---

### HARRIS COUNTY HOSPITAL DISTRICT, Appellant

### V.

### ANTHONY ROBERTS, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2012-59332**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 12, 2014. On March 4, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.